JOSEPH GLATTER-GOTZ, Doing Business under the Name of GEBRUEDER-REIGER, Respondent, v. REIGER ORGANS, INC. et al., Appellants, et al. Defendant.—

Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.